May 16, 2016

Mr. John Miller
1010 S ST Germain
Suite 310
St. Cloud, MN 56301

Dear Mr. Miller:

This letter is in regards to the Contract for Deed, number 294027, filed in Marshall County, MN between Kenneth W. Ness and Ervin R. Ness and Mary L. Ness and provides information requested in Summons dated May 2, 2016:

(1)     The original amount of the mortgage was $88,000.00.
(2)     The balance due is $21,217.73.
(3)     The property is agricultural-farmland. The property also includes a farmstead subject to our life estate.
(4)     The amount of each monthly payment is $650.00 which is due on the 1st.
(5)     The amount due is secured by a Contract for Deed.
(6)     Copy of Amendment dated April 1, 2007, is included.

We are unable to travel to St. Cloud and are therefore providing this by mail.

If anything further is needed, please contact us.

Sincerely,

*Ervin Ness* (signature)
Ervin Ness

*Mary Ness* (signature)
Mary Ness

**Exhibit 3**