```
Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641102959
Cashier ID: jkult
Transaction Date: 04/26/2019
Payer Name: BARRY WALTON
-----------------------------------------
TREASURY REGISTRY
 For: BARRY WALTON
 Case/Party: D-MNX-0-17-CV-001243-001
 Amount:         $310,000.00
-----------------------------------------
CHECK
 Check/Money Order Num: 177166
 Amt Tendered:   $250,000.00
CHECK
 Check/Money Order Num: 158225
 Amt Tendered:   $60,000.00
-----------------------------------------
Total Due:      $310,000.00
Total Tendered: $310,000.00
Change Amt:     $0.00
```

SCANNED
APR 26 2019
U.S. DISTRICT COURT MPLS

SCANNED
APR 26 2019
U.S. DISTRICT COURT MPLS